**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ANTWUAN THEUS, | ) NO. CV 12-9978 JLS (AS) |
| Petitioner, | ) |
| v. | ) |
| | ) JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 8, 2014

JOSEPHINE L. STATON
_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE